IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE:<br><br>JOYCE A. LASH<br>1147 DARWIN STREET<br>SAVANNAH, GA 31415<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Case No. 22-40879-EJC |

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. **O. Byron Meredith III, the Chapter 13 Trustee in the above-referenced case**, the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

a. Increase payments as follows:

b. Decrease payments as follows:

c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent (s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4 (h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|

d. Other Provisions: **Additional Property of the Estate. The debtor has an interest in property that was not scheduled at the time of confirmation, or acquired after confirmation. Specifically, Debtor disclosed a potential personal injury matter in amended Schedules A/B (Doc. 44). For the purposes of administering the Additional Property of the Estate the case shall remain open, notwithstanding completion of plan payments, until:**

**(i.) the debtor(s) provide an accounting to the Trustee concerning the status of the Additional Property of the Estate, that is satisfactory to the Trustee;**

**(ii.) a motion is filed and approved by the Court concerning the settlement or disposition of such property; and/or**

**(iii.) the Court orders that the case be closed.**

**Any funds above the Debtor's allowed exemptions shall be sent to the Chapter 13 Trustee for disbursement to the unsecured creditors and may result in an increased dividend to general unsecured creditors.**

2. Proponent(s) assert(s) as the basis for the modification the following facts: **See paragraph 1(d.) above.**

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

Date: 11/10/2026

/s/ Lynn Carroll

Lynn Carroll, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 460365
P.O. Box 10556
Savannah, GA 31412

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

In the matter of:

| | | |
|---|---|---|
| JOYCE A. LASH<br>1147 DARWIN STREET<br>SAVANNAH, GA 31415<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Case No. 22-40879-EJC |

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection." 11 U.S. C. § 1323(c) (made applicable by § 1329(b)(1)).

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service, pursuant to Fed. R. Bankr. P. 3015(h).

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above. You must also send a copy of your objection to the Proponent(s) of the modification. If a timely objection is filed, you will receive notice of the date, time and place of a hearing. If you or your attorney do not
take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 11/10/2026

/s/ Lynn Carroll

Lynn Carroll, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 460365
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

Dana Wilson, Clerk
United States Bankruptcy Court
Southern District of Georgia
[Rev. January 2024]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DIVISION

IN RE:

JOYCE A LASH

CASE NO: 22-40879

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/10/2026, I did cause a copy of the following documents, described below,

Modification of Chapter 13 Plan After Confirmation
Notice of Modification

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/10/2026

/s/ O. Byron Meredith III
O. Byron Meredith III 002330
Trustee
Chapter 13 Trustee Office
P.O. BOX 10556
SAVANNAH, GA 31412-5052
912-234-5052
obmeredith@ch13sav.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DIVISION

IN RE:

JOYCE A LASH

CASE NO: 22-40879

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/10/2026, a copy of the following documents, described below,

Modification of Chapter 13 Plan After Confirmation
Notice of Modification

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
O. Byron Meredith III
Chapter 13 Trustee Office
P.O. BOX 10556
SAVANNAH, GA 31412-5052

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113J4
CASE 22-40879-EJC
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH
TUE NOV 10 09-49-07 EST 2026

BARBARA B BRAZIEL
BARBARA B BRAZIEL
130 CANAL STREET
602
POOLER GA 31322-4087

CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

CITY OF SAVANNAH HOUSING DEPT
P O BOX 1027
SAVANNAH GA 31402-1027

COMENITY BANKROAMANS
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

LAURA ANN GRIFKA
MCMICHAEL TAYLOR GRAY LLC
3550 ENGINEERING DRIVE STE 260
PEACHTREE CORNERS GA 30092-2871

JONATHAN J HUNT
JONATHAN HUNT LLC
6205 ABERCORN ST
SUITE 105A
SAVANNAH GA 31405-5529

IC SYSTEMS INC
ATTN BANKRUPTCY
PO BOX 64378
ST PAUL MN 55164-0378

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LANIER COLLECTION AGENCY  SERVICES
18 PARK OF COMMERCE BLVD
SAVANNAH GA 31405-7410

DEBTOR
JOYCE A LASH
1147 DARWIN STREET
SAVANNAH GA 31415-5314

MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA
SUITE 100
SAN DIEGO CA 92108-3007

MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH
PO BOX 1027
SAVANNAH GA 31402-1027

O BYRON MEREDITH III
P O BOX 10556
SAVANNAH GA 31412-0756

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD VA 22119-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

OFFICE OF THE U S TRUSTEE
33 BULL STREET SUITE 400
SAVANNAH GA 31401-3331

PRA RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK VA 23541-1067

PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RINCON CASH ADVANCE
586 S COLUMBIA AVE
12
RINCON GA 31326-4174

REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SAVANNAH CASH ADVANCE
1900 E VICTORY DR
SUITE D-5
SAVANNAH GA 31404-3713

ALEXANDER V SALZILLO
CASINO LAW FIRM
480 MALL BLVD
SAVANNAH GA 31406-4801

ALEXANDER V SALZILLO
JAMIE CASINO INJURY ATTORNEYS
480 MALL BLVD
SAVANNAH GA 31406-4801

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH TX 76161-0244

SANTANDER CONSUMER USA INC
DBA CHRYSLER CAPITAL
1601 ELM ST SUITE 800
DALLAS TX 75201-7260

SAV HOUSING
P O BOX 1027
SAVANNAH GA 31402-1027

US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

U S ATTORNEYS OFFICE
P O BOX 8970
SAVANNAH GA 31412-8970

WORLD FINANCE
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606-6429

WORLD FINANCE CO CO WORLD ACCEPTANCE CORP
ATTN BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE SC 29606-6429

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

(Creditor)
Parties
Carrington Mortgage Services LLC

*represented by:*
Laura Ann Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive, Ste 260
Peachtree Corners, GA 30092

ecfnotifications@mtglaw.com

(Creditor)
City of Savannah Housing Dept
P O Box 1027
Savannah, GA 31402

*represented by:*
Jonathan J. Hunt
Jonathan Hunt LLC
6205 Abercorn St
Suite 105a
Savannah, GA 31405

info@jonathanhuntllc.com

(Debtor)
Joyce A. Lash
1147 Darwin Street
Savannah, GA 31415

*represented by:*
Barbara B. Braziel
Barbara B Braziel
130 Canal Street
#602
Pooler, GA 31322

ecf@braziellaw.com

(Trustee)
O. Byron Meredith, III
P O Box 10556
Savannah, GA 31412

ecfsav1@ch13sav.com

(Creditor)
Office of the U. S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401
(U. S. Trustee)
PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Ustpregion21.sv.ecf@usdoj.gov

(Special Counsel)
Alexander V. Salzillo
Jamie casino Injury Attorneys
480 Mall Blvd.
Savannah, GA 31406

*represented by:*
Alexander V. Salzillo
Casino Law Firm
480 Mall Blvd.
Savannah, GA 31406

alex@casinolawfirm.com